# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SREEDHAR CHALASANI,**<br><br>**Defendant.** | PO 21-5119-GF-JTJ<br><br>**VIOLATION:**<br>**9712184**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $150 fine and $30 processing fee for violation 9712184 (for a total of $180), and for good cause shown, IT IS ORDERED that the $180 fine paid by the defendant is accepted as a full adjudication of violation 9712184.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 9, 2021, is VACATED.

DATED this 8th day of November, 2021.

John Johnston
United States Magistrate Judge